IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 42 MOC WCM

| | | |
|---|---|---|
| COMMODITY FUTURES<br>TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | SEALED ORDER |
| WINSTON REED<br>INVESTMENTS, LLC and<br>MARK N. PYATT, aka<br>DANIEL RANDOLF, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on: (1) a Motion to Seal (Doc. 1); and (2) a Motion for CM-ECF Access to Sealed Case (the "Motion for Electronic Access," Doc. 3). Both Motions were filed by Plaintiff Commodity Futures Trading Commission ("CFTC").

In the Motion to Seal, CFTC requests that the entire docket and file in this matter, including the Complaint and Summonses, be temporarily sealed. In the Motion for Electronic Access, CFTC requests that counsel for CFTC be granted CM-ECF access to this sealed case.

In support of the Motion to Seal, CFTC states that Mr. Pyatt was indicted on February 5, 2020 and that an arrest warrant has been issued. CFTC asserts that the criminal charges against Mr. Pyatt "stem, at least in

part, from alleged fraud described in CFTC's Complaint." Doc. 1, ¶ 2. Additionally, CFTC asserts that the Securities and Exchange Commission ("SEC") "intends to file a civil injunctive action against Pyatt and Winston Reed Investments LLC" which also stems from the alleged fraud described in CFTC's Complaint, and that the SEC intends to seek an asset freeze "to prevent Defendant from dissipating assets…." Doc. 2, ¶ 3. "In order to prevent Mr. Pyatt from fleeing prior to his arrest, or taking steps to destroy any documents, or dissipate any assets that may be subject to a freeze order from this Court in connection with the SEC's action, Plaintiff seeks to file its Complaint and Summonses under seal, and asks that the docket for this case be sealed." Doc. 1, ¶ 4. CFTC "anticipates that the Complaint, Summonses, and docket would remain sealed only until Mr. Pyatt is arrested, likely on or about February 13, 2020." Doc. 1, ¶ 5.

In the related SEC Action, the presiding District Judge, the Honorable Max O. Cogburn, Jr., has granted, for good cause shown, a motion to seal the entire SEC case temporarily. <u>Securities and Exchange Commission v. Mark Nicholas Pyatt and Winston Reed Investments, LLC</u>, No. 1:20-cv-38-MOC, United States District Court, Western District of North Carolina, Asheville Division, Doc. 5, p. 2. In granting the SEC's motion, Judge Cogburn noted the compelling interests of preventing concealment and dissipation of assets, preventing destruction of documents, and preventing the defendants from

having the opportunity to avoid service in that civil case and the related criminal investigation. 20-cv-38, Doc. 5, p. 1 (citing In re Washington Post Co., 807 F.2d 383, 392 (4th Cir. 1986)).

The undersigned finds that such an approach is warranted here as well.

**IT IS THEREFORE ORDERED THAT:**

1. For good cause shown, the Motion to Seal (Doc. 1) and the Motion for CM-ECF Access to Sealed Case (Doc. 3) are **GRANTED.**

2. The Clerk is **DIRECTED** to seal the entire docket and file in this matter. This case is to be designated **Sealed – Attorney** and will be available electronically to court users and counsel of record for CFTC, including attorneys James A. Garcia and Richard A. Glaser.

3. The sealing ordered herein will be in effect temporarily.

4. Plaintiff is **DIRECTED** to file a notice and/or motion to unseal promptly following the arrest of Mr. Pyatt.

Signed: February 12, 2020

W. Carleton Metcalf
United States Magistrate Judge