IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 42 MOC WCM

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| WINSTON REED INVESTMENTS, LLC and MARK N. PYATT, aka DANIEL RANDOLF | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on a Motion to Unseal Case (the "Motion," Doc. 6) filed by Plaintiff the Commodity Future Trading Commission ("CFTC").

On February 12, 2020, the entire case file in this matter was sealed pending further notification by the CFTC. Doc 4.

For the reasons set out in the CFTC's Motion, sealing is no longer necessary.

Accordingly, the Motion to Unseal Case (Doc. 6) is **GRANTED** and the Clerk is directed to **UNSEAL** the entire docket and file in this matter.

Signed: February 19, 2020

W. Carleton Metcalf
United States Magistrate Judge